UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **CARLOS ANTONIO RAYMOND** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. 19-CV-596-OG** |
| | § | |
| **J.P. MORGAN CHASE BANK and** | § | |
| **FLAGSTAR BANK** | § | |

## ORDER GRANTING DEFENDANTS' JOINT MOTION TO STRIKE

CAME ON TO BE HEARD Defendants JPMorgan Chase Bank, N.A. and Flagstar Bank, FSB's (collectively referred to herein as "Defendants") Joint Motion to Strike Plaintiff's Notice of Motion for Judicial Review in Response to Motion for More Time and Motion to Dismiss (the "Motion").

Having considered the Motion and the response thereto, if any, the Court finds that the Motion should be **GRANTED** in full.

IT IS THEREFORE **ORDERED** that Plaintiff's Notice of Motion for Judicial Review in Response to Motion for More Time and Motion to Dismiss [Doc 57] is hereby stricken from the record.

Dated this _____ day of _____, 2019.

_____
JUDGE PRESIDING

612456.1   105474.0052